IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:06-cr-00293-MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER RE APPLICATION FOR WRIT OF |
| | ) | HABEAS CORPUS |
| MARTIN GALLEGOS-GONZALEZ, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

The application for writ of habeas corpus ad prosequendum is hereby GRANTED. The Clerk is directed to issue the attached writ and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

**Dated: February 4, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE